| | |
|---|---|
| BRADEN KEVIN PAGE,<br><br>　　Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL, INC.; AMERICAN EXPRESS<br>NATIONAL BANK; EQUIFAX, INC.; EXPERIAN<br>INFORMATION SOLUTIONS, INC.; KEY 2<br>RECOVERY, INC.; SUNRISE CREDIT SERVICES,<br>INC.; and TRANS UNION LLC,<br><br>　　Defendants. | Case No. 5:26-cv-05084-DCF<br><br>Hon. David Clay Fowlkes<br>United States District Judge |

## DECLARATION OF BRADEN KEVIN PAGE IN SUPPORT OF CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT AMERICAN EXPRESS NATIONAL BANK
Pursuant to 28 U.S.C. § 1746

I, Braden Kevin Page, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am the Plaintiff in the above-captioned action and have personal knowledge of all facts stated herein. I am competent to testify to the matters set forth below.

2. Plaintiff filed his Complaint in this action on April 21, 2026.

3. Defendant American Express National Bank was properly served with the Summons and Complaint in this action on May 5, 2026, as reflected in the Proof of Service filed with this Court at Docket No. 7.

4. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant's answer or other responsive pleading was due on or before May 26, 2026.

5. Prior to filing this Motion, Plaintiff afforded Defendant a courtesy window beyond the applicable deadline to appear or otherwise respond. Defendant failed to do so.

6. As of the date of this Declaration, Defendant American Express National Bank has failed to: (a) file an answer or other responsive pleading; (b) file any motion under Federal Rule of Civil Procedure 12; or (c) seek an extension of time from Plaintiff or the Court within which to respond.

7. To the best of Plaintiff's knowledge, information, and belief, Defendant American Express National Bank is not: (a) a minor or an incompetent person; or (b) in military service within the meaning of the Servicemembers Civil Relief Act, 50 U.S.C. § 3901 et seq.

8. American Express National Bank is a federally chartered national bank organized under the laws of the United States. It is a corporate entity not entitled to the protections of the Servicemembers Civil Relief Act.

9. Defendant's failure to timely appear or otherwise defend has prejudiced Plaintiff and unreasonably delayed resolution of Plaintiff's substantial claims arising under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of June, 2026.


/s/ Braden Kevin Page
**BRADEN KEVIN PAGE**
Plaintiff, Pro Se
4405 SW Lenox Avenue
Bentonville, Arkansas 72713
Telephone: (479) 461-9188
Email: SemperVeritasMinistry@proton.me