# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

BRADEN KEVIN PAGE,

          Plaintiff,

v.

TRANSUNION, LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
EQUIFAX, INC., SUNRISE CREDIT
SERVICES, INC., KEY 2 RECOVERY,
INC., AMERICAN EXPRESS NATIONAL
BANK, and ALLY FINANCIAL, INC.,

          Defendants.

Case No. 5:26-cv-05084-DCF

## DEFENDANTS TRANS UNION LLC AND EQUIFAX INFORMATION SERVICES, LLC'S MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendants consumer reporting agencies, Trans Union LLC, improperly identified as TransUnion LLC ("Trans Union") and Equifax Information Services, LLC, improperly identified as Equifax, Inc. ("Equifax") (collectively, "CRA Defendants") respectfully move this Court for leave to file a reply brief in support of their Joint Motion to Dismiss (ECF No. 28) Plaintiff's Complaint (ECF No. 2, the "Complaint") filed by Plaintiff Braden Kevin Page ("Plaintiff"). CRA Defendants state the following in support:

1. Plaintiff filed his Complaint on April 21, 2026. *See* ECF No. 2, asserting claims against CRA Defendants for alleged violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*. ("FCRA").

2. On June 9, 2026, CRA Defendants moved to dismiss the Complaint pursuant to FED. R. CIV. P. 12(b)(6). *See* ECF No. 28.

3.      CRA Defendants argue that Plaintiff's claims against them should be dismissed under Rule 12(b)(6) because, *inter alia*, Plaintiff fails to allege an inaccuracy under the FCRA.

4.      On June 17, 2026, Plaintiff filed his Omnibus Response in Opposition to the Motion (ECF No. 39, "Opposition").

5.      Plaintiff's Opposition fails to save his Complaint. Plaintiff relies on case law to conflate the "Objectively and Readily Verifiable" standard which has not been raised by the Defendants at this time, while repeating the same conclusory statements and bare assertions throughout.  These deficiencies underscore the need for a reply brief.

6.      Accordingly, CRA Defendants respectfully move for leave to file the reply brief attached hereto as Exhibit A.

7.      Good cause exists for granting this motion because CRA Defendants' reply brief will assist the Court in its evaluation of their Motion to Dismiss. *Am. Atheists, Inc. v. Rapert*, 507 F. Supp. 3d 1057, 1062 (E.D. Ark. 2020) (granting a motion to leave to file a reply to a motion to dismiss).

WHEREFORE, for the foregoing reasons, and because good cause exists, CRA Defendants respectfully request that this Court grant them leave to file the attached Reply Brief in Support of their Motion to Dismiss.

Respectfully submitted this 24th day of June, 2026.

Respectfully submitted,

*/s/ Paul L. Myers*

Paul L. Myers
Texas State Bar No. 24046221
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
5801 Tennyson Parkway, Suite 440
Plano, Texas 75024
Tel: (214) 560-5453

Fax: (214) 871-2111
pmyers@qslwm.com
***Counsel for Trans Union LLC***


Respectfully submitted,


*/s/ Ralph Downing Scott, III*
Ralph Downing Scott, III
Lax Vaughan Fortson Rowe Threet P.A.
11300 Cantrell Road
Suite 201
Little Rock, AR 72212
(501)376-6565
Fax: (501)376-6666
Email: tscott@laxvaughan.com
***Counsel for Equifax Information Services, LLC***

## CERTIFICATE OF SERVICE

I hereby certify on this 24th day of June, 2026, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the following counsel of record:

Jason Spak
Jason.spak@troutman.com
Troutman Pepper Locke LLP
501 Grant Street, Suite 300
Pittsburgh, PA 5219
(412) 347-1247
***Counsel for Experian Information Solutions, Inc.***

Ralph Downing Scott, III
tscott@lawvaughan.com
Lax Vaughan Fortson Rowe Threet P.A.
11300 Cantrell Road, Suite 201
Little Rock, AR 72212
(501) 376-6565
(501) 376-6666 Fax
***Counsel for Equifax Information Services, LLC***

Charles Turner Coleman
ccoleman@wlj.com
Wright, Lindsey & Jennings LLP
200 West Capitol Ave., Suite 2300
Little Rock, AR 72201
(501) 212-1276
(501) 376-9442 Fax
***Counsel for Ally Financial, Inc.***

I further certify that a true and correct copy of the foregoing document was served on the

following parties via U.S. First Class Mail and electronic mail and properly addressed as follows:

Braden Kevin Page
semperveritasministry@proton.me
4405 SW Lenox Ave.
Bentonville, AR 72713
***Pro Se Plaintiff***

*/s/ Paul L. Myers*
**PAUL L. MYERS**